UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Humberto Hernandez-Cerda,

    v.

Big Foot Industries, Inc., et al.

_____

DEFAULT JUDGMENT

Case No.  2:04-CV-1698 DFL DAD

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants, pursuant to order dated 12/2/2005:

**Big Foot Industries, Inc., and Preferred Processors Company, LLC**

January 13, 2006

JACK L. WAGNER, CLERK

By  /s/ L. Reader, Deputy Clerk